# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br><br> CHRISTOPHER M. PERRY and <br> SARAH R. GATES <br><br> **Defendants** | Case No. 5:19-MJ-230 (ATB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the dates of January 2017 through April 4, 2019 in the county of Cortland in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2251(a) | Sexual Exploitation of a Child |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒   Continued on the attached sheet.

*Complainant's signature*
Sean A. Mullin, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/10/2019

*Judge's signature*

City and State:   Syracuse, New York           Hon. Andrew T. Baxter, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean A. Mullin, a Special Agent (SA) with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security (DHS) Homeland Security Investigations (HSI) in Syracuse, New York, and have been employed in this capacity for 15 years. I was previously employed as a Special Agent for the Florida Department of Law Enforcement for 2 years, and as a City of Syracuse Police Officer/ Detective for 9 years. In my capacity as a federal agent I have investigated criminal violations relating to child exploitation and child pornography, including the illegal distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have had the opportunity to observe and review numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256.

2. This affidavit is made in support of an application for a criminal complaint charging Christopher M. Perry and Sarah R. Gates with violating 18 U.S.C. § 2251(a) (sexual exploitation of a child).

3. The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers, and upon my training and experience. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Christopher M. Perry and Sarah R. Gates have committed violations of 18

U.S.C. §§ 2251(a).

## THE INVESTIGATION AND FACTUAL BASIS

4.  On April 4, 2019, the NYSP obtained a search warrant for the residence of Christopher M. Perry based on a Cybertip from the National Center for Missing and Exploited Children indicating that child pornography had been uploaded to Facebook from an IP address that resolved back to Perry's residence. During the execution of the search warrant, NYSP recovered, among other electronic devices, two cell phones. During a preview of one of these cellphones, law enforcement observed several images depicting a young female child being subjected to sexually explicit conduct by both Perry and an adult female, later identified as Sarah R. Gates. The child in the images has been identified by the New York State Police as V-1, a female child born in 2014. The images depicting the abuse of the child appear to have been produced sometime between 2017 and 2019 at a location in Cortland, NY.

5.  I have reviewed several of these images and two of these images, which were located on a Huawei Nexus cellphone, serial number 8487N16125001922, model H1511 Nexus 6P, manufactured outside New York State, are described as follows:

   **(a) 0721162142a.jpg:** Depicts, Sarah R. Gates, engaged in oral sexual conduct with a V1), in that the images depicts Gates licking the child's vagina.

   **(b) 0810162154c.jpg:** Depicts Christopher M. Perry, lying on his back V1 (lying on top of him, facing forward and only wearing a t-shirt. The image depicts Perry inserting the tip of his penis into V-1's vagina.

   These, and all of the recovered images are available for the Court's inspection upon request.

## CONCLUSION

6.  Based upon the above information, there is probable cause to believe that

2

Christopher M. Perry and Sarah R. Gates used a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, where the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

_____
Sean A. Mullin
Special Agent
Homeland Security Investigations

Sworn to before me
this 10th day of April 2019

_____
Hon. Andrew T. Baxter
United States Magistrate Judge

3